UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

RONALD & CONSTANCE MARQUETTE    BANKRUPTCY CASE #07-42692 RJK

ORDER

Debtor(s)

This case came before the Court on the Chapter 13 Trustee's motion for dismissal of the Debtor's Chapter 13 case. An order was entered on November 20, 2008 requiring a structured cure of outstanding arrears to the Chapter 13 Trustee. The Chapter 13 Trustee did not receive the required payment(s) from the Debtor(s) creating a default in the amount of $900.00 as of January 31, 2009. Based on all the files and records, the Court makes this order pursuant to the Federal Rules of Bankruptcy Procedure,

IT IS HEREBY ORDERED:

1. This case is dismissed under 11 U.S.C. §§ 349 and 1307,

2. Subject to Paragraph 1 of this order and local rules, the Chapter 13 Trustee shall distribute available funds, if any, under § 1326 of the Bankruptcy Code to the Debtor(s) if no plan was confirmed, or to the creditors in accordance with the plan, if a plan was confirmed.

3. The clerk shall forthwith mail copies of this order as notice thereof to the Debtor(s), the attorney for the Debtor(s), the Chapter 13 Trustee, the United States Trustee and other parties in interest.

Date:  02-27-09                              /e/ Robert J. Kressel
                                             United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *02/27/2009*
Lori Vosejpka, Clerk, by CN